UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-80618 CIV-RYSKAMP

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHNNY HAYNES,

        Defendant.
_____/

## ORDER APPROVING FINAL JUDGMENT BY CONSENT

THIS CAUSE came before the court upon the filing of the parties' Final Judgment by Consent filed July 14, 2008, in the above-styled cause. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The Final Judgment by Consent filed in the above-styled case is hereby GRANTED. In the sum of $6,449.21 (principal of $3,467.14, interest in the amount of $2,562.07 through July 3, 2008, attorney fees in the amount of $400.00 and service fee in the amount of $20.00) plus interest at 7% per annum from July 3, 2008, through the date of this Order and interest at the legal rate from the date of this Order, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

UNITED STATES OF AMERICA vs. JOHNNY HAYNES
CASE NO.:08-80618 CIV-RYSKAMP
ORDER APPROVING FINAL JUDGMENT BY CONSENT
Page Two

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this _16_ day of __July__, 2008.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies furnished to:

David E. Newman, P.A
JENNIFER A. MARGOLIS
Email: jenmargolis@bellsouth.net
Attorney for Plaintiff

JOHNNY HAYNES
131 NW 8TH AVE
DELRAY BEACH, FL 33444